## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Christopher M. Duncanson, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Philadelphia Division, being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI since 2004, and am currently assigned to criminal investigations, federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have gained experience through training and everyday work related to conducting these types of investigations. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252 and 2252A. I have also participated in various FBI-mandated and other training for the investigation and enforcement of federal statutes prohibiting the production, distribution, and possession of child pornography.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and am a "federal law enforcement officer" within the meaning of Fed. R. Crim. P. 41(a)(2)(C).

3. The statements in this Affidavit are based in part on my investigation of this matter and on information provided by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe IRVIN DAVIDSON, JR., date of birth

December 13, 1975, committed violations of Title 18 U.S.C. § 2252(a), the possession of child pornography.

**FACTS SUPPORTING PROBABLE CAUSE**

**Chats between UCE 1 and Irvin Davidson**

4.  On August 31, 2022 at approximately 8:39pm EST, an FBI Under Cover Employee1 (UCE 1) was in a Kik group, when an individual utilizing Kik ID: paintchip5, Kik display name: IRVIN DAVIDSON, referred to hereafter as DAVIDSON, sent a group message titled "Daugh kitty for rent". DAVIDSON indicated he was a 41 year old step father with a young daughter. DAVIDSON had the following profile picture:



5.  UCE 1 had a conversation within the same chat room through text messages about their respective daughters. DAVIDSON claimed to have a six year old step daughter who lived with her mother. DAVIDSON asked UCE 1, "you active with her"? When DAVIDSON was asked if was active with his daughter, he replied, "No she won't let me". DAVIDSON sent UCE the following photo he claimed depicted his daughter:

**Image 1 (IMG_002):** An image depicting a completely nude minor female wearing seated on a couch. The child appears to be approximately six years old.

6. The conversation between UCE 1 and DAVIDSON continued and DAVIDSON was asked how long he had been thinking about the girl. DAVIDSON replied, "Since she was to and can't keep her clothes on her". UCE 1 asked DAVIDSON, "You haven't done anything with her yet?" DAVIDSON replied, "I've touched her licked that's all". DAVIDSON then asked the UCE 1, "Do you have any of your daughter nude"? After UCE 1 said "I do", DAVIDSON said "Let me see one". DAVIDSON then immediately sent UCE 1 two more images:

**Image 2 (IMG_003):** a close-up image of what appears to be an adult's fingers opening the vagina. It is difficult to determine the age of the subject of this image.

Image 3 (IMG_004): an image of what appears to be an adult's hand partially opening the vagina of a minor female. The child is visible from her chest to her upper thighs and she appears to be approximately six years old. Based on the surroundings and approximate age, this appears to be the same child depicted in Image 1.

<u>**Chats between UCE 2 and Irvin Davidson**</u>

7. On October 3, 2022, an FBI Under Cover Employee 2 (UCE 2) was in a Kik group, when an individual utilizing Kik ID: paintchip5, Kik display name: IRVIN DAVIDSON, posted five videos:

**Video 1**: A color video approximately 1 minute and 31 seconds in length of a prepubescent female child on her hands and knees at the bottom of a bed. The child is wearing a type of bikini. Another prepubescent female child is at the head of the bed, and only comes into frame for a brief period. The second prepubescent female is fully nude. An adult male is at the bottom of the bed and nude from the waist down. The adult male's erect penis is penetrating the anus or vagina of the child wearing the bikini for the duration of the video.

**Video 2**: A color video approximately 2 minutes in length of a prepubescent female child, based on her size and features, lying on her side. The video begins with the child's pants pulled down and an adult male beside her. The adult male's erect penis is penetrating the child's anus. The adult male withdraws his erect penis from the child's anus and pulls her pants up around her waist. The video then cuts to the same child and adult male. The child is on her side with different clothing on. The adult male repeatedly forces his erect penis to penetrate the child's anus. At approximately 1 minute and 20 seconds into the video the child says "no".

**Video 3**: A color video approximately 12 seconds in length of a prepubescent female child, based on her size and features, lying on her back. Her legs are bent behind her head with her genitalia fully exposed. A fully nude adult male is above the child and forcing his erect penis to penetrate the child's vagina for the duration of the video. The adult male is holding the child down and directs her to look at the camera.

**Video 4**: A color video approximately 1 minute and 13 seconds in length of a fully nude prepubescent female child lying on her back. An adult male kisses her on the mouth, then spreads her legs and licks her genitalia. The video cuts to the fully nude prepubescent female child lying on her stomach and the fully nude adult male on top of her. The genitalia of both the child and male are not visible, but it appears the adult male is forcing his penis to penetrate the child's anus or vagina.

**Video 5**: A color video approximately 31 seconds in length of a fully nude prepubescent female child squatting on what appears to be a couch. A clothed prepubescent female child is beside the nude child and holding a cylindrical object under the nude child. The object is penetrating the nude child's vagina for the duration of the video.

UCE 2 observed DAVIDSON had the following profile picture:



**Identification of IRVIN DAVIDSON, JR.**

8. Subpoenas were served on Kik to obtain login and account information for Kik ID paintchip5. On September 6, 2022 and October 6, 2022, Kik provided the following subscriber information:

> First Name: Irvin
>
> Last Name: Davidson
>
> Email: davidsonIrvin2@gmail.com (unconfirmed)
>
> Username: paintchip5
>
> Device Type: Android

9. Kik also provided IP login information on September 6, 2022 and October 6, 2022, for Kik ID paintchip5. Paintchip5 was logged in to Kik from IP address 70.44.221.52 during all of the above chat communications.

10. Administrative subpoenas were provided to PenTeleData for subscriber information relating to the use of IP address 70.44.221.52 on the above referenced dates and results were obtained on September 15, 2022 and October 10, 2022. A review of the results revealed the following account holder:

> Account Number: 3347171
>
> Name: Tiffany Leibig
>
> Address: 122 N. Kemp Rd, Kutztown, PA 19530
>
> Phone Number: 484-845-8225

Email: tiffwibig@gmail.com

11. A check of Pennsylvania Department of Transportation records revealed a driver's license for Tiffany Marie Leibig, with an address of 122 N. Kemp Road, Kutztown, Pennsylvania 19530.

12. An internet search for "Irvin Davidson" identified a Megan's Law offender named IRVIN WILLIS DAVIDSON, JR. with an address in Easton, Pennsylvania. The photo attached to the report was visually similar to the profile photo of paintchip5:



13. A check of Pennsylvania Department of Transportation records revealed a driver's license for IRVIN WILLIS DAVIDSON, JR. The photo of IRVIN WILLIS DAVIDSON, JR. is also visually similar to the profile photo of paintchip5:



14. On October 22, 2022, IRVIN DAVIDSON contacted the Pennsylvania State Police to report his new address, 122 N. Kemp Road, Kutztown, Pennsylvania 19530. DAVIDSON also provided information for a vehicle he would be operating, a 2019 Nissan Versa with a license plate number of LZM6661.

15.     On November 14, 2022, DAVIDSON's vehicle was observed parked directly in front of 122 N. Kemp Road, Kutztown, Pennsylvania 19530. At approximately 8:39 AM, the vehicle was observed travelling south on N. Kemp Road. The operator and sole occupant of the vehicle was a white male with a white beard wearing sunglasses. The operator appeared to be DAVIDSON. The vehicle bore Pennsylvania registration LZM6661.

16.     On November 22, 2022, your Affiant applied for and was granted a federal search warrant by United States Magistrate Judge Pamela A. Carlos, Eastern District of Pennsylvania, to search the residence at 122 N. Kemp Road, Kutztown, Pennsylvania 19530 and seize evidence of violations of 18 U.S.C. §§ 2252 and 2252A.

17. On November 29, 2022, this search warrant was executed at 122 N. Kemp Road, Kutztown, Pennsylvania 19530. DAVIDSON was present outside the residence.

18. DAVIDSON was interviewed by your affiant. DAVIDSON was shown the profile picture referenced above (Paragraph 15) and he stated: "That's me." DAVIDSON admitted to sending and receiving child pornography over Kik. DAVIDSON was shown a redacted copy of Image 1 referenced above and advised he sent the image over Kik and that it was image he acquired from other users on Kik.

19. DAVIDSON stated his mobile phone was on a chair in his bedroom. He described it as a Motorola telephone he purchased and DAVIDSON provided the PIN code. DAVIDSON advised images of child pornography were stored in the phone's gallery.

20. Your affiant located a Motorola telephone bearing IMEI 356611284426214 and unlocked it using the Pin code provided by DAVIDSON.

21. Your affiant reviewed the contents of DAVIDSON's mobile telephone and located numerous images and videos of child pornography. Among the images located were Image 1 and Image 2 referenced above. Approximately 50 images and 50 videos were saved in the photo library that appeared to be images of child pornography as defined in 18 U.S.C. § 2256.

22. The files depicted minor girls, engaged in sexual activity, to include sexual intercourse, oral sex, masturbation and exposing their genitals, (Count One – Possession of Child Pornography), including the following image files:

   a. An image of an adult male having vaginal intercourse with a minor female who appears to be approximately 8-10 years old.

b. A video one minute and 37 seconds in length depicting an adult male having vaginal intercourse with a minor female who appears to be approximately 8-10 years old. This video was found in a folder titled "Videos Cp".

c. A video one minute and 43 seconds in length depicting an adult male having vaginal intercourse with a minor female who appears to be approximately 4-6 years old. This video was found in a folder titled "Videos Cp".

## CONCLUSION

23. Based upon the information above, I respectfully submit that there is probable cause to believe that IRVIN W. DAVIDSON, JR., possessed visual depictions of minors engaging in sexually explicit conduct, in violation of Title 18 U.S.C. § 2252(a)(4)(B), as more fully set forth in Attachment A. Therefore, I respectfully request that the attached arrest warrant be issued authorizing the arrest of IRVIN W. DAVIDSON, JR.

    /s/Christopher M. Duncanson
Christopher M. Duncanson
Special Agent
FBI

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 29th DAY
OF NOVEMBER, 2022.

Pamela A. Carlos
Digitally signed by Pamela A. Carlos
Date: 2022.11.29 13:54:14 -05'00'

HONORABLE PAMELA A. CARLOS
United States Magistrate Judge

**ATTACHMENT A**

**Count One – Possession of Child Pornography – Title 18, United States Code, Section 2252(a)(4)(B), (b)(2)**

On or about November 28, 2022, in the Eastern District of Pennsylvania, defendant IRVIN DAVIDSON, JR. knowingly possessed matter, that is Motorola telephone bearing IMEI 356611284426214, which contained visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce.  The production of these visual depictions involved the use of minor engaging in sexually explicit conduct and the visual depictions were of minors engaging in sexually explicit conduct.